The Honorable Samuel J. Steiner
Chapter 7
Hearing Date: 01/08/2010
Hearing Time: 9:30am
Location: US Courthouse, Courtroom 8206
700 Stewart Street, Seattle, WA
Response Date: 01/04/2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re: | Case No. 09-20698-SJS |
|---|---|
| Gregory Burton Hustad | Chapter 7 |
| Debtor. | ORDER TERMINATING THE AUTOMATIC STAY |

This matter came before the Court on the Motion for Relief from Automatic Stay filed by JP Morgan Chase Bank, National Association. Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the real property located at **403 18th Avenue, Kirkland, WA 98033** (the "Property").

2. The automatic stay is terminated as to Secured Creditor, its successors and/or assigns. Secured Creditor, its successors and/or assigns, may pursue all remedies under state law in connection with the Property and security interest, and may commence or continue any action necessary to obtain complete possession of the Property free and clear of claims of the bankruptcy estate.

3. Secured Creditor, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss

Order for Relief From Stay - 1
MH# WA09-48287

McCarthy & Holthus, LLP
19735 10th Ave NE Suite N200
Poulsbo, WA 98370
206.319.9100

mitigation agreement as allowed by state law. Secured Creditor may contact Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

4. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

5. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter. A conversion to another chapter does not stay or enjoin the effect of this Order, or prevent Secured Creditor from foreclosing and selling the Property, and recovering its costs, unless otherwise ordered by this Court.

Dated: _____

*[signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Submitted by:

McCarthy & Holthus LLP

/s/ Angela M. Michael
Matthew R. Cleverley, Esq., WSBA #32055
Angela M. Michael, Esq., WSBA #37727
Joni M. Derifield, Esq., WSBA #34268
Attorneys for Secured Creditor

Order for Relief From Stay - 2
MH# WA09-48287

McCarthy & Holthus, LLP
19735 10th Ave NE Suite N200
Poulsbo, WA 98370
206.319.9100

Case 09-20698-SJS    Doc 17    Filed 01/05/10    Entered 01/05/10 08:50:38    Page 2 of 2